O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,    )   SA 08-107M
                            )
        v.                  )   ORDER OF DETENTION AFTER HEARING
                            )   (18 U.S.C. § 3142(i))
RICARDO MORALES,            )
                            )
              Defendant.    )
_____)

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. ( x ) the weight of evidence against the defendant;

9  C. ( x ) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20  1. ( )   obstruct or attempt to obstruct justice;

21  2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24  provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

6

7

8 Dated: March 14, 2008

9
                                    Marc L. Goldman
10                                  U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**